UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
September 30, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> PAUL MERCHANT, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:11-cr-00360 WBS <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Paul Merchant</u>; Case <u>2:11-cr-00360 WBS</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_    Release on Personal Recognizance hello

    \_\_    Bail Posted in the Sum of _____

    <u>X</u>    Unsecured Appearance Bond in the amount of <u>$10,000.00</u>, co-signed by Ms. Alstead.

    \_\_    Appearance Bond with 10% Deposit

    \_\_    Corporate Surety Bail Bond

    <u>X</u>    (Other) <u>Pretrial Supervision/Conditions; defendant to be released to the custody of Pretrial Services to attend The Effort on 10/11/2011 at 8:30 AM.</u>

Issued at <u>Sacramento, CA</u> on <u>9/30/2011</u> at <u>4:45 pm</u>.

By _____
Kendall J. Newman
United States Magistrate Judge