**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
PAUL WILLIAM MERCHANT

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00360 WBS |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| PAUL WILLIAM MERCHANT, | |
| Defendant. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michelle Rodriguez, and defendant, Paul William Merchant, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, December 12, 2011 at 9:30 a.m., and to continue the status conference until January 9, 2012 at 9:30 a.m., in the courtroom of the Honorable William B. Shubb.

The reason for this request is that the government has provided Mr. Merchant with a plea agreement; however, Ms. Radekin suffered a broken foot on November 29, 2011 and is scheduled for surgery as a result of this injury on December 9, 2011. Thus, additional time is needed for the defense to complete review of the plea agreement, for additional research and consideration of issues raised by the plea agreement, and for Ms. Radekin to meet with Mr. Merchant to review and discuss the plea agreement and prepare for entry of plea. The Court is advised that Ms. Rodriguez concurs

in this request and has authorized Ms. Radekin to sign this stipulation on her behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until January 9, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: December 7, 2011         BENJAMIN WAGNER
                                United States Attorney

                                By:      /s/ Michelle Rodriguez
                                    MICHELLE RODRIGUEZ
                                    Assistant United States Attorney

Dated:: December 7, 2011             /s/ Erin J. Radekin
                                ERIN J. RADEKIN
                                Attorney for Defendant
                                PAUL WILLIAM MERCHANT

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of December 12, 2011 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on January 9, 2012 at 9:30 a.m. The court finds excludable time in this matter through January 9, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: December 8, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE