```
 1  BENJAMIN B. WAGNER
    U.S. Attorney
 2  MICHELLE RODRIGUEZ
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO.  11-360-WBS |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | MOTION TO DISMISS CERTAIN |
| STANTICHA T. MIDDLETON, | ) | COUNTS IN 11-360-WBS AND |
| Defendant. | ) | (~~proposed~~) ORDER |
| _____ | ) | |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), dismissing without prejudice only the following counts in 11-360-WBS and only as to defendant Stanticha T. Middleton:

**INDICTMENT**

| Count | Offense | Description |
|---|---|---|
| 1 | 18 USC 371 | Conspiracy (to commit bank fraud and possess stolen U.S. Mail |
| 15, 16 | 18 USC 1344(2) | Bank Fraud |
| 30, 31 | 18 USC 1708 | Possession of Stolen U.S. Mail |

Before Magistrate Brennan, via another charging document (Information in CR 11-453-EFB) and via plea agreement, defendant Stanticha Middleton was convicted (on 11/3/11) and sentenced (on

1/23/12) for misdemeanor bank larceny in violation of 18 USC 2113(b) and 2.

DATED: 1/23/2012                BENJAMIN WAGNER
                                U.S. Attorney
                                  /s/Michelle Rodriguez
                                By _____
                                MICHELLE RODRIGUEZ
                                Assistant U.S. Attorney

**ORDER**

The United States' motion to dismiss without prejudice Counts 1, 15, 16, 30, and 31 of the Indictment only as to Stanticha T. Middleton in the above referenced case, CR No 11-360-WBS, is GRANTED. By this Order (dismissal of felony charges), there is no effect on the misdemeanor convictions against defendant Stanticha T. Middleton in Magistrate Court. The February 6, 2012 Status Conference is vacated as to this defendant only.

DATED:    January 24, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE