```
BENJAMIN B. WAGNER
U.S. Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) <br>                Plaintiff,   ) <br>    v.                 ) <br>                              ) <br> STEVEN BRENT ETHRIDGE,   ) <br>               Defendant.   ) <br> _____) | CR. NO. 11-360-04-WBS <br><br> (Related Case CR. NO. 11-491-EFB) <br><br> MOTION TO DISMISS CERTAIN <br> COUNTS IN 11-360-WBS AND <br> (~~proposed~~) ORDER |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), dismissing without prejudice only the following counts in 11-360-WBS and only as to defendant Steven Brent Ethridge:

**INDICTMENT**

<u>Count</u>     <u>Offense</u>                  <u>Description</u>
1          18 USC 371           Conspiracy (to commit bank fraud
                                              and possess stolen U.S. Mail)
17         18 USC 1344(2)       Bank Fraud
32         18 USC 1708          Possession of Stolen U.S. Mail

Before Magistrate Brennan, via another charging document (Information in CR 11-491-efb) and via plea agreement, defendant

Ethridge was convicted (on 12/5/11) and sentenced (on 2/27/12) for misdemeanor bank larceny in violation of 18 USC 2113(b) and 2.

DATED: 2/27/2012                BENJAMIN WAGNER
                                U.S. Attorney
                                    /s/Michelle Rodriguez
                                By _____
                                   MICHELLE RODRIGUEZ
                                   Assistant U.S. Attorney

**ORDER**

The United States' motion to dismiss without prejudice Counts 1, 17, and 32 of the Indictment -- only as to Ethridge -- in the above referenced case, CR No 11-360-WBS, is GRANTED. By this Order (dismissal of felony charges), there is no effect on the misdemeanor convictions against defendant Ethridge in Magistrate Court.

DATED:    February 27, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE