1  **ERIN J. RADEKIN**
   **Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  PAUL WILLIAM MERCHANT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PAUL WILLIAM MERCHANT,<br><br>　　　　　Defendant. | Case No. 2:11-cr-00360-02 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

## **STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michelle Rodriguez, and defendant, Paul William Merchant, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, April 2, 2012 at 9:30 a.m., and to continue the status conference to May 7, 2012 at 9:30 a.m. in the courtroom of the Honorable William B. Shubb.

Ms. Radekin has received the plea agreement and discussed it with Mr. Merchant. The defense finds the plea agreement to be in an acceptable form. The defense requests additional time, however, to develop additional evidence in mitigation for use in sentencing and to permit Ms. Radekin to meet with Mr. Merchant to prepare him for change of plea. Ms. Radekin has spoken with Ms. Rodriguez regarding this request and she has no opposition to one further continuance to permit the defense to complete these tasks, with the understanding that the defense will be prepared for change of plea on May 7, 2012. The defense does contemplate that it will be prepared for change of

plea on May 7, 2012. The court is further advised that Ms. Rodriguez has authorized Ms. Radekin to sign this stipulation on her behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until May 7, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: March 30, 2012  BENJAMIN WAGNER
United States Attorney

By: /s/ Michelle Rodriguez
MICHELLE RODRIGUEZ
Assistant United States Attorney

Dated: March 30, 2012  /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
PAUL WILLIAM MERCHANT

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of April 2, 2012 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on May 7, 2012 at 9:30 a.m. The court finds excludable time in this matter through May 7, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: March 30, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE